IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **LARRY MELTIER WILLIAMS,** | : | |
| Petitioner | : | No. 1:15-cv-00367 |
| | : | |
| v. | : | (Judge Kane) |
| | : | |
| **BRANDY TRITT,** | : | (Magistrate Judge Saporito) |
| Respondent | : | |

## ORDER

Before the Court is the April 28, 2017 Report and Recommendation of Magistrate Judge Saporito (Doc. No. 15), in which he recommends dismissing Petitioner Larry Meltier Williams' petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 (Doc. No. 1), as untimely filed. No timely objections have been filed. **ACCORDINGLY**, this 18th day of May 2017, upon independent review of the record and the applicable law, **IT IS ORDERED THAT**:

1. The Court **ADOPTS** the Report and Recommendation of Magistrate Judge Saporito (Doc. No. 15);

2. The petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 is **DISMISSED with prejudice** as untimely filed;

3. The Court declines to issue a certificate of appealability, as the Petitioner has failed to demonstrate "a substantial showing of the denial of a constitutional right," see 28 U.S.C. § 2253(c)(2); and

4. The Clerk of Court is directed to **CLOSE** this case.

                                                     s/ Yvette Kane
                                                     Yvette Kane, District Judge
                                                     United States District Court
                                                     Middle District of Pennsylvania